UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Civ. No. 1:12mj579 |
| MICHAEL KAMARA, Defendant. | ) ) ) ) | |

<u>MEMORANDUM OPINION</u>

THIS MATTER came before the Court on defendant's Motion to Dismiss. (Dkt. 6.)

Upon review of the pleadings, the Court finds that the United States has established that it owns all the lands comprising the original Fort Belvoir, including that upon which a portion of Richmond Highway is located, and which is the subject of this motion. Jurisdiction over these lands was ceded to the United States by the Virginia General Assembly in 1918, for which no notice of acceptance was required at the time. Concurrent jurisdiction was later retroceded by the United States.

The Court finds that there is no serious question as to this Court's jurisdiction over Richmond Highway as it runs through Fort Belvoir and that the United States has adequately met its burden of proof.

Defendant's Motion to Dismiss (Dkt. 6) is DENIED.

An appropriate Order shall be entered.

ENTERED this 22nd day of August, 2013.

                                                /s/
                                THERESA CARROLL BUCHANAN
                                UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia